Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Andrew N. Friedman *(admitted pro hac vice)*
afriedman@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, DC 98104
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiffs Nansee Parker and Phong Pham*

Richard R. Patch (State Bar No. 88049)
rrp@cpdb.com
**COBLENTZ PATCH DUFFY & BASS, LLP**
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

*Attorneys for Defendants Dish Network Corporation,
Dish Network LLC, and EchoStar Technologies LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| NANSEE PARKER and PHONG PHAM,<br><br>            Plaintiffs,<br><br>vs.<br><br>DISH NETWORK CORPORATION, DISH NETWORK LLC, and ECHOSTAR TECHNOLOGIES LLC,<br><br>            Defendants. | Case No. 4:11-CV-01457-PJH<br><br>**STIPULATION REGARDING APPOINTMENT OF INTERIM CLASS COUNSEL UNDER FED. R. CIV. P 23(g), AND ~~PROPOSED~~ ORDER** |

The parties share an interest in advancing this matter as efficiently and expeditiously as possible, and to that end have already met in person and held several telephone conferences to discuss how to streamline discovery, motion practice, and other early case management issues.  As part of their ongoing discussions, the parties expect to file a preliminary case management report and ask the Court for an early case management conference, should the Court's schedule allow for one.  The parties now ask that the Court appoint interim class counsel.  The appointment will formally empower Plaintiffs' counsel to act on behalf of the proposed class and will assure Defense counsel that they are dealing with the appropriate spokespeople for the putative class.  The parties thus offer this joint stipulation for appointment of the law firms Girard Gibbs LLP and Cohen Milstein Sellers & Toll PLLC as interim class counsel, as contemplated by Federal Rule of Civil Procedure 23(g)(3).

**STIPULATION**

Whereas Rule 23(g)(3) states that the "court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action;"

Whereas counsel for Plaintiffs and counsel for Defendants have established a professional working relationship conducive to the effective and efficient management of this case;

Whereas, counsel have already discussed on several occasions various matters germane to developing a streamlined and efficient case management plan, including:

(i) the appropriate entities to be named as defendants;

(ii) the appropriate venue for this litigation;

(iii) the general nature and substance of the Rule 12 motions Defendants contemplate filing, and an appropriate schedule for such motions;

(iv) the nature and scope of an expedited, informal discovery process;

(v) the nature and scope of formal discovery, including methods to efficiently and economically exchange documents and information;

(vi) the merits of the parties' class certification and litigation positions; and

(vii) options and timing for alternative dispute resolution.

Whereas counsel for the parties wish to continue their efforts to work cooperatively to streamline this litigation, while at the same wishing to avoid uncertainty or confusion regarding Plaintiffs' counsel's authorization to speak for the putative class;

Whereas counsel for Plaintiffs seek appointment as interim class counsel because it will formally empower Girard Gibbs and Cohen Milstein to make the necessary decisions on behalf of the putative class;

Whereas Defendants do not oppose designation at this time of Girard Gibbs and Cohen Milstein to serve as interim counsel to act on behalf of the putative class, while expressly reserving their right to oppose class certification or appointment of either or both firms as regular class counsel on any grounds, including adequacy of representation under Fed. R. Civ. P 23(a) and (g); and

Whereas Plaintiffs submit the Declarations of Eric H. Gibbs and Andrew N. Friedman to provide the Court a foundation for determining that the firms will adequately serve as interim class counsel on behalf of the putative class.[1]

**IT IS HEREBY STIPULATED**, by and between Plaintiffs Nansee Parker and Phong Pham, on the one hand, and Defendants DISH Network Corporation, DISH Network LLC, and Echostar Technologies LLC, on the other hand, by and through their respective undersigned counsel, and subject to the Court's approval, that:

Pursuant to Fed. R. Civ. P 23(g)(3), the Court appoints the law firms of Girard Gibbs LLP and Cohen Milstein Sellers & Toll PLLC as interim class counsel to act on behalf of the putative class in this case and in any additional actions that might be consolidated with this case.

Consistent with the *Manual for Complex Litigation, Fourth* (2004) ¶¶ 10.221 and 40.22, interim class counsel will be responsible for the conduct of the litigation on behalf of the putative class, including:

1. To determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties, the position of Plaintiffs and the putative class on all matters arising during pretrial proceedings;

2. To conduct discovery on behalf of Plaintiffs and the putative class, including the

---

[1] Defendants reserve the right to contest the declarations' assertions at a future date.

1  preparation of interrogatories and requests for the production of documents and the examination of
2  witnesses in depositions;
3      3.    To conduct settlement negotiations on behalf of Plaintiffs and the putative class and,
4  where appropriate, to present a proposed settlement to the Court on behalf of the putative class;
5      4.    To delegate specific tasks to other counsel, in a manner designed to ensure that pretrial
6  preparation for Plaintiffs and the putative class is conducted efficiently and effectively;
7      5.    To enter into stipulations with opposing counsel as necessary for the conduct of the
8  litigation;
9      6.    To prepare and distribute status reports to any other law firms that might seek to
10  represent the putative class;
11      7.    To maintain adequate time and disbursement records covering services as interim class
12  counsel;
13      8.    To monitor the activities of any other law firms that might seek to represent the putative
14  class to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and
15      9.    To perform such other duties as may be incidental to the proper prosecution and
16  coordination of pretrial activities on behalf of Plaintiffs and the putative class or authorized by further
17  order of this court.
18      **IT IS SO STIPULATED**
19  DATED: May 11, 2011              **GIRARD GIBBS LLP**
20
21                                By:      /s/ Eric H. Gibbs
22                                David Stein
23                                601 California Street, 14th Floor
                              San Francisco, California 94108
24                                Telephone: (415) 981-4800
                              Facsimile: (415) 981-4846
25
26
27
28

Andrew N. Friedman
Douglas J. McNamara
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, DC 98104
Telephone: 202-408-4600
Facsimile: 202-408-4699

Richard B. Wentz, SBN 120380
Jean W. Wentz, SBN 139340
**THE WENTZ LAW FIRM**
82955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA 91362
Telephone: (805) 374-0060
Facsimile: (888) 855-8124

*Attorneys for Plaintiffs Nansee Parker and Phong Pham*

DATED: May 11, 2011              **COBLENTZ PATCH DUFFY & BASS, LLP**

By: _____/s/ Richard R. Patch_____

One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

*Attorneys for Defendants Dish Network Corporation,
Dish Network LLC, and EchoStar Technologies LLC*

**PROPOSED ORDER**

The Court has considered the above stipulation and the Declarations of Eric H. Gibbs and Andrew N. Friedman.  Pursuant to Rule 23(g)(3), the Court finds that the law firms Girard Gibbs LLP and Cohen Milstein Sellers & Toll PLLC will adequately represent the interests of the class in pre-class certification proceedings and appoints the firms interim class counsel to act on behalf of the putative class in this case and in any additional actions that might be consolidated with this case.  The responsibilities of Girard Gibbs LLP and Cohen Milstein Sellers & Toll PLLC as interim class counsel are as set forth in the above stipulation.

This order is without prejudice to the rights of Defendants to oppose class certification or appointment of Girard Gibbs LLP or Cohen Milstein Sellers & Toll PLLC as class counsel on any grounds, including adequacy of representation under Fed. R. Civ. P 23(a) and (g).

Date: 5/12/11

Judge Phyllis J.

