Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Andrew N. Friedman *(admitted pro hac vice)*
afriedman@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699

*Attorneys for Plaintiffs Nansee Parker and Phong Pham*

Richard R. Patch (State Bar No. 88049)
rrp@cpdb.com
**COBLENTZ PATCH DUFFY & BASS, LLP**
One Ferry Building, Suite 200
San Francisco, California 94111
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

*Attorneys for Defendants DISH Network Corporation, DISH Network LLC, and EchoStar Technologies LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NANSEE PARKER and PHONG PHAM, <br><br> Plaintiffs, <br> vs. <br><br> DISH NETWORK CORPORATION, DISH NETWORK LLC, and ECHOSTAR TECHNOLOGIES LLC, <br><br> Defendants. | Case No. 4:11-CV-01457-PJH <br><br> **STIPULATION DISMISSING WITHOUT PREJUDICE DEFENDANTS DISH NETWORK CORPORATION AND ECHOSTAR TECHNOLOGIES, LLC AND TOLLING STATUTES OF LIMITATIONS** |

1  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily
2  dismiss without prejudice Defendants DISH Network Corporation ("DISH Corporation") and EchoStar
3  Technologies LLC ("EchoStar") (collectively and together with Plaintiffs, the "Parties").  The Parties
4  further stipulate that the statutes of limitations applicable to Plaintiffs' Claims against DISH Corporation
5  and EchoStar hereby will be tolled as of May 11, 2011 (the "Tolling Date").  The "Claims" are those
6  stated in Plaintiffs' Complaint, filed on March 25, 2011 against DISH Corporation, EchoStar and DISH
7  Network L.L.C.  Any and all tolling of the applicable statutes of limitations will cease upon the earliest
8  of (a) a final adverse determination of class claims; (b) the effective date of any final, approved class
9  action settlement; (c) thirty days after the date upon which Plaintiffs must file their Motion for Class
10 Certification; or (d) at the latest, one year from the Tolling Date, namely May 11, 2012.
11  Nothing in this agreement shall be construed as a waiver of EchoStar's or DISH Corporation's
12 right to file any response to the Complaint or challenge any other amended or supplemental pleading or
13 any class certification motion pursuant to the Federal Rules of Civil Procedure should Plaintiffs attempt
14 to bring these defendants back into the litigation.  Defendants Echostar and DISH Corporation reserve
15 all rights and defenses, asserted or unasserted, which it had as of the Tolling Date, and none of the
16 Parties shall assert that the passage of time between the Tolling Date and any filing which purports to
17 bring DISH Corporation or EchoStar back into this litigation is a defense to the motion, such as a delay,
18 laches or waiver argument.  The Parties acknowledge and agree that this Stipulation shall not operate to
19 extend or otherwise affect any applicable statute of limitations, laches, or any other time period
20 (including any requisite notice period), if any, that expired prior to the Tolling Date.
21  This Agreement was jointly drafted by the Parties hereto and shall not be construed against a
22 particular party. Each individual signing below warrants and represents that he or she has authority to
23 sign this Agreement on behalf of the Party.
24 //
25 //
26 //
27 //
28 //

1

STIPULATION DISMISSING WITHOUT PREJUDICE AND TOLLING STATUTES OF
LIMITATIONS AND PROPOSED ORDER
CASE NO. 4:11-CV-01457-PJH

1     **IT IS SO STIPULATED**

2   DATED: May 11, 2011          **GIRARD GIBBS LLP**

3

4                                               By:     /s/ Eric H. Gibbs

5                                       David Stein
                                      601 California Street, 14th Floor

6                                       San Francisco, California 94108

7                                       Telephone: (415) 981-4800
                                      Facsimile: (415) 981-4846

8

9                                       Andrew N. Friedman
                                      Douglas J. McNamara

10                                    **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                      1100 New York Avenue, Suite 500

11                                      Washington, DC 98104
                                      Telephone: 202-408-4600

12                                      Facsimile: 202-408-4699

13                                    Richard B. Wentz, SBN 120380

14                                    Jean W. Wentz, SBN 139340

15                                    **THE WENTZ LAW FIRM**
                                   82955 East Hillcrest Drive, Suite 123

16                                    Thousand Oaks, CA 91362
                                   Telephone: (805) 374-0060

17                                    Facsimile: (888) 855-8124

18                                    *Attorneys for Plaintiffs Nansee Parker and Phong Pham*

19

20   DATED: May 11, 2011          **COBLENTZ PATCH DUFFY & BASS, LLP**

21

22                                    By:     /s/ Richard R. Patch

23                                    One Ferry Building, Suite 200
                                   San Francisco, California 94111

24                                    Telephone: (415) 391-4800

25                                    Facsimile: (415) 989-1663

26                                    *Attorneys for Defendants DISH Network Corporation,*
                                   *DISH Network LLC, and EchoStar Technologies LLC*

27

28


1  IT IS SO ORDERED.
2
3
4  DATED: __5/12/11_____     _____
5                                              Judge Phyllis J. Hamilton
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28