```
 1  RICHARD R. PATCH (State Bar No. 88049)
    ZUZANA S. IKELS (State Bar No. 208671)
 2  CHARMAINE G. YU (State Bar No. 220579)
    COBLENTZ, PATCH, DUFFY & BASS LLP
 3  One Ferry Building, Suite 200
    San Francisco, California  94111-4213
 4  Telephone:  415.391.4800
    Facsimile:  415.989.1663
 5  Email:   ef-rrp@cpdb.com,
             ef-zsi@cpdb.com,
 6           ef-cgy@cpdb.com

 7  Attorneys for Defendant
    DISH NETWORK L.L.C.
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| NANSEE PARKER and PHONG PHAM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DISH NETWORK L.L.C.,<br><br>Defendant. | Case No. 4:11-cv-01457-PJH<br><br>**STIPULATED REQUEST SEEKING: (1) RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; (2) A REVISED CASE MANAGEMENT CONFERENCE HEARING DATE AND RELATED DATES; AND (3) ENTRY OF A BRIEFING SCHEDULE FOR DISH'S PENDING MOTIONS: AND [~~PROPOSED~~] ORDER**  AS MODIFIED BY THE COURT<br><br>[Civil L.R. 7-11, 7-12 and 16-2(d)] |
|---|---|

Pursuant to Civil L.R. 7-12 and 16-2(d), the parties jointly seek relief from the Court's March 25, 2011 Order Setting Initial Case Management Conference and ADR Deadlines, and respectfully request that the Court enter the following stipulation, which extends the Case Management Conference from July 7, 2011 to October 20, 2011, at 2:00 p.m., and all related deadlines as set forth below.

Since shortly after this litigation began, the parties have been working to implement an informal, streamlined discovery plan that contemplates an early exchange of information, followed by a mediation. The parties intend to use the mediation to test the merits of the case, the legal and factual issues regarding the class claims, as well as DISH's pending motions to dismiss and

transfer, by advocating their views in an adversarial fashion before Randall W. Wulff in late July. The parties' shared goal is to determine whether an early resolution is possible, which will both significantly reduce the costs and fees for the parties and conserve judicial resources. To focus their efforts on this process, the parties jointly request that the Court extend the scheduled July 7, 2011, Case Management Conference to October 20, 2011, at 2:00 p.m. and continue all related events and deadlines under the Federal and Local Rules in accordance with the new hearing date.

The parties also ask that the Court adopt the briefing schedule proposed below for DISH's Motion to Transfer Venue, pursuant to 14 U.S.C. section 1404(a), and Motion to Dismiss and Strike, pursuant to Rules 9, 12(b)(6) and (f) of the Federal Rules of Civil Procedure.

Alternatively, should the Court deem it useful, the parties suggest that an early case management conference be held on or about June 9, 2011, so that the parties can respond to any questions or concerns that the Court may have, if any, about this proposal.

## **STIPULATION**

This stipulated request for relief from the Case Management Conference deadline is based on the following stipulation (the "Stipulation") between the parties:

WHEREAS, Plaintiffs filed their Complaint against Defendant DISH Network L.L.C. ("DISH"), DISH Network Corporation, and EchoStar Technologies L.L.C. on March 25, 2011 (Dkt. No. 1);

WHEREAS, the Court scheduled the Case Management Conference for July 7, 2011 (Dkt. No. 10);

WHEREAS, Plaintiffs served the Complaint on each of the defendants between April 7, 2011 and April 15, 2011 (Dkt. Nos. 11, 20, 24);

WHEREAS, shortly after the action was filed and the Complaint was served, counsel for the parties began having informal discussions to explore the possibility of conducting informal discovery, through a streamlined exchange of documents and information for the purpose of conducting an early mediation;

WHEREAS, since then, the parties have engaged in frequent discussions, in both face-to-face meetings, telephone conferences and email communications, about the implementation of the

informal discovery and early resolution process, and other procedural and substantive issues related to the litigation;

WHEREAS, as a result of those conversations, certain issues have been resolved that have streamlined the case, including that: (a) Plaintiffs dismissed two of the Defendants – DISH Network Corporation and EchoStar Technologies L.L.C. (Dkt. No. 32), and (b) the parties stipulated to the request by Plaintiffs' counsel that they be appointed interim class counsel under Federal Rule of Civil Procedure 23(g)(3), which was granted by the Court on May 12, 2011 (Dkt. Nos. 29, 33);

WHEREAS, the parties agreed to mediate the matter, and have already scheduled two days of mediation with Randy Wulff on July 26 and 27, 2011;

WHEREAS, the parties have worked together and are close to finalizing the parameters and scope of the informal discovery and document exchange, which will continue during the coming weeks;

WHEREAS, on May 20, 2011, DISH filed a Motion to Transfer Venue, pursuant to 14 U.S.C. section 1404(a) ("Motion to Transfer"), and Motion to Dismiss and Strike, pursuant to Federal Rules of Civil Procedures 9, 12(b)(6) and (f) ("Motion to Dismiss") (Dkt. Nos. 36, 37); and,

WHEREAS, to ensure that the parties focus their efforts on informal discovery and early resolution of the case, DISH agreed to set the hearing for the Motion to Transfer and Motion to Dismiss to September 14, 2011, namely more than a month and a half from the date of the mediation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and between plaintiffs Nansee Parker and Phong Pham and defendant DISH Network LLC, by and through their respective undersigned counsel, and subject to the Court's approval, that:

Pursuant to the parties' diligent and good faith efforts to conduct informal discovery and resolve this matter through early mediation, the parties hereby stipulate to the following:

1. Except as set forth in Paragraph 2 below, all formal discovery as well as any other obligations contemplated under the Federal Rules of Civil Procedure, the Civil

        Local Rules of this Court, or the Court's Standing Orders, including initial disclosures under Rule 16 and developing a Rule 26(f) Case Management Statement and related Discovery Plan, are stayed until the earlier of (i) October 6, 2011, or (ii) two weeks before the rescheduled Case Management Conference;

2. On or before September 23, 2011, the parties shall:

- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, under F.R.C.P. 26(f) & ADR L.R.3-4 (available at http://www.cand.uscourts.gov)
- File ADR Certification signed by Parties and Counsel, under Civil L.R. 16-8(b) and ADR L.R. 3-5(b) (available at http://www.cand.uscourts.gov)
- File either Stipulation to DR Process or Notice of Need for ADR Phone Conference, Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c)

3. On or before October ~~11~~ 6, 2011, the parties shall file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov)

4. The Case Management Conference, currently scheduled for July 7, 2011, shall be continued to October ~~20~~ 13, 2011, at 2:00 p.m.;

5. The parties shall attend mediation on July 27 and 28, 2011;

6. Each party reserves all rights, arguments and defenses, asserted or unasserted, as of the date of this Stipulation, and no party shall assert that the passage of time between the time that this Stipulation was first contemplated and later signed and the expiration or termination of this Stipulation and [Proposed] Order, if any, but which shall <u>not</u> be deemed to have occurred earlier than October 20, 2011, will be a defense to any motion or basis for argument as part of any motion, opposition, or reply, including as a basis for challenging DISH's Motion to Transfer;

7. The briefing schedule for DISH's Motion to Transfer and Motion to Dismiss, filed on May 20, 2011, shall be as follows:

1       (a)    Plaintiffs' Opposition briefs, if any, to DISH's Motion to Transfer and Motion to Dismiss must be filed on or before August 10, 2011;

      (b)    Defendant's Reply briefs in support of its Motion to Transfer and Motion to Dismiss must be filed on or before August 31, 2011;

      (c)    The hearing on DISH's Motions shall be held on September 14, 2011 at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED: June 3, 2011          GIRARD GIBBS LLP
Attorneys at Law

By: */s/ Eric H. Gibbs*
Eric H. Gibbs
601 California Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Andrew N. Friedman
(afriedman@cohenmilstein.com)
Douglas J. McNamara
(dmcnamara@cohenmilstein.com)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699

Interim Class Counsel for
NANSEE PARKER and PHONG PHAM, on behalf of themselves and those similarly situated

DATED: June 3, 2011          COBLENTZ, PATCH, DUFFY & BASS LLP

By: */s/ Richard R. Patch*
Richard R. Patch
Attorneys for Defendant
DISH NETWORK L.L.C

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/7/11

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton (seal, United States District Court, Northern District of California)