Eric H. Gibbs (State Bar No. 178658)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Andrew N. Friedman (*pro hac vice*)
**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**
1100 New York Ave., NW
West Tower, Suite 500
Washington, D.C.  20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-46995

Richard B. Wentz (State Bar No. 120380)
**THE WENTZ LAW FIRM**
82955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA 91362
Telephone: (805) 374-0060
Facsimile: (888) 855-8124

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANSEE PARKER and PHONG PHAM, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>DISH NETWORK LLC,<br><br>Defendant. | Case No.  4:11-cv-01457-PJH<br><br>**STIPULATED REQUEST TO: (1) MODIFY THE BRIEFING SCHEDULE RELATED TO DEFENDANT'S PENDING MOTIONS AND (2) EXTEND ALL OTHER DEADLINES SET FORTH IN THE COURT'S JUNE 7, 2011 ORDER RE: THE CASE MANAGEMENT CONFERENCE HEARING DATE; AND [P~~ROPOSED~~] ORDER** |

1  Pursuant to Civil L.R. 6-2, 7-12 and 16-2(d), the parties jointly seek to extend all pending
2  deadlines and modify the briefing schedule set forth in the Court's June 7, 2011 Order (Docket No. 39),
3  and respectfully request that the Court enter the following stipulation, as set forth below.
4  WHEREAS, on June 7, 2011, Plaintiffs Nansee Parker and Phong Pham ("Plaintiffs") and DISH
5  Network LLC ("DISH") filed a stipulated request seeking relief from the order setting an Initial Case
6  Management Conference, requesting an extension of all deadlines, including ADR deadlines, Initial
7  Disclosures, and the Case Management Conference, as well as asking the Court to enter a briefing
8  schedule for DISH's Motion to Transfer Venue, pursuant to 14 U.S.C. section 1404(a) ("Motion to
9  Transfer"), and Motion to Dismiss and Strike, pursuant to Rules 9, 12(b)(6) and 12(f) of the Federal
10 Rules of Civil Procedure ("Motion to Dismiss"), filed on May 20, 2011,
11 WHEREAS, the basis for the request was that the parties had agreed to engage in an informal
12 and expedited discovery process, followed by a two-day mediation in late July 2011,
13 WHEREAS, the Court granted the parties' request in its June 7, 2011 Order,
14 WHEREAS, the parties then engaged in a significant amount of informal discovery and attended
15 a two-day mediation with Mr. Randall W. Wulff on July 26-27, 2011,
16 WHEREAS, as a result of the mediation, the parties have reached an agreement in principle to
17 resolve this litigation,
18 WHEREAS, the parties are now working to memorialize their understanding in a written
19 settlement agreement and wish to devote their resources and energies to finalizing their agreement and
20 preparing a Joint Motion Re: Order Granting Provisional Certification Of Settlement Class And
21 Preliminary Approval Of Class Action Settlement Agreement,
22 WHEREAS, a hearing on DISH's Motion to Transfer Venue and Motion to Dismiss and Strike is
23 currently set for September 14, 2011, with Plaintiffs' opposition due on August 10, 2011, and
24 Defendant's reply due on August 31, 2011,
25 WHEREAS, additional case management deadlines are set for September 23, 2011, and October
26 6, 2011, with a Case Management Conference set for October 13, 2011,
27 WHEREAS, in the interest of judicial efficiency, the parties therefore request that the Court
28 extend all pending deadlines by 60 days,

1

STIPULATION TO MODIFY BRIEFING SCHEDULE AND EXTEND DEADLINE
CASE NO. 4:11-CV-01457-PJH

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and DISH, by and through the undersigned attorneys for the parties and subject to the Court's approval, that:

1. The parties will work diligently to finalize their settlement agreement and file a Joint Motion Re: Order Granting Provisional Certification Of Settlement Class And Preliminary Approval Of Class Action Settlement by September 12, 2011;
2. All deadlines in this case are extended by 60 days;
3. The new briefing schedule for DISH's Motion to Transfer and Motion to Dismiss shall be as follows:
    a. Plaintiffs' Opposition briefs, if any, to DISH's Motion to Transfer and Motion to Dismiss must be filed on or before October 10, 2011, and
    b. Defendant's Reply briefs in support of its Motion to Transfer and Motion to Dismiss must be filed on or before October 31, 2011;
4. The hearing scheduled for September 14, 2011 regarding DISH's Motion to Transfer and Motion to Dismiss, shall be rescheduled for November 16, 2011;
5. Each party reserves all rights, arguments and defenses, asserted or unasserted, as of the date of this Stipulation, and no party shall assert that the passage of time between the time that this Stipulation was first contemplated and later signed and the expiration or termination of this Stipulation and [Proposed] Order, if any, but which shall not be deemed to have occurred earlier than January 20, 2012, will be a defense to any motion or basis for argument as part of any motion, opposition, or reply, including as a basis for challenging DISH's Motion to Transfer;
6. All formal discovery as well as any other obligations contemplated under the Federal Rules of Civil Procedure, the Civil Local Rules of this Court, or the Court's Standing Orders, including initial disclosures under Rule 16 and developing a Rule 26(f) Case Management Statement and related Discovery Plan, are stayed until the earlier of (i) December 5, 2011, or (ii) two weeks before the rescheduled Case Management Conference, whichever is later;

7. On or before November 22, 2011, the parties shall:

    a. Meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, under F.R.C.P. 26(f) & ADR L.R.3-4 (available at http://www.cand.uscourts.gov),

    b. File ADR Certification signed by Parties and Counsel, under Civil L.R. 16-8(b) and ADR L.R. 3-5(b) (available at http://www.cand.uscourts.gov), and

    c. File either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference, Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) (available at http://www.cand.uscourts.gov);

8. On or before December 5, 2011, the parties shall file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Case Management Statement per the Court's Standing Order regarding the Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov); and

9. The Case Management Conference scheduled for October 13, 2011, shall be rescheduled for December 15, 2011, at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED: August 04, 2011      **GIRARD GIBBS LLP**

By: /s/ Eric H. Gibbs
Eric H. Gibbs
Attorneys for Plaintiffs Nansee Parker and Phong Pham

DATED: August 04, 2011      **COBLENTZ, PATCH, DUFFY & BASS LLP**

By: /s/ Zuzana S. Ikels
Zuzana S. Ikels
Attorneys for Defendant DISH Network LLC

3
STIPULATION TO MODIFY BRIEFING SCHEDULE AND EXTEND DEADLINE
CASE NO. 4:11-CV-01457-PJH

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  DATED: 8/8/11



The Honorable Phyllis J. Hamilton
United States District

4