| | |
|---|---|
| 1 | Eric H. Gibbs (State Bar No. 178658) |
| | **GIRARD GIBBS LLP** |
| 2 | 601 California Street, 14th Floor |
| 3 | San Francisco, California  94108 |
| | Telephone: (415) 981-4800 |
| 4 | Facsimile: (415) 981-4846 |
| 5 | |
| | Andrew N. Friedman (*pro hac vice*) |
| 6 | **COHEN MILSTEIN SELLERS** |
| | **& TOLL PLLC** |
| 7 | 1100 New York Ave., NW |
| 8 | West Tower, Suite 500 |
| | Washington, D.C.  20005-3964 |
| 9 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-46995 |
| 10 | |
| 11 | Richard B. Wentz (State Bar No. 120380) |
| | **THE WENTZ LAW FIRM** |
| 12 | 82955 East Hillcrest Drive, Suite 123 |
| | Thousand Oaks, CA 91362 |
| 13 | Telephone: (805) 374-0060 |
| 14 | Facsimile: (888) 855-8124 |
| 15 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANSEE PARKER and PHONG PHAM, on behalf of themselves and those similarly situated, | Case No.  4:11-cv-01457-PJH |
| Plaintiffs, | **STIPULATED REQUEST TO EXTEND TIME TO FILE PRELIMINARY APPROVAL PAPERS; AND [~~PROPOSED~~] ORDER** |
| v. | |
| DISH NETWORK LLC, | |
| Defendant. | |

STIPULATION TO MODIFY BRIEFING SCHEDULE AND EXTEND DEADLINES
CASE NO. 4:11-CV-01457-PJH

1    Pursuant to Civil L.R. 6-2, 7-12 and 16-2(d), the parties jointly seek to modify the briefing
2 schedule set forth in the Court's August 8, 2011 order (Docket No. 44) and respectfully request that the
3 Court enter the following stipulation, as set forth below.
4    WHEREAS, on June 7, 2011, the Court granted the parties stipulated request seeking relief from
5 the order setting an Initial Case Management Conference, requesting an extension of all deadlines,
6 including ADR deadlines, Initial Disclosures, and the Case Management Conference, as well as asking
7 the Court to enter a briefing schedule for DISH's Motion to Transfer Venue, pursuant to 14 U.S.C.
8 section 1404(a) ("Motion to Transfer"), and Motion to Dismiss and Strike, pursuant to Rules 9, 12(b)(6)
9 and 12(f) of the Federal Rules of Civil Procedure ("Motion to Dismiss"), filed on May 20, 2011;
10   WHEREAS, on August 8, 2011, the Court granted the parties stipulated request to modify the
11 briefing schedule so as to allow the parties to finalize and memorialize a written settlement agreement
12 and prepare a Joint Motion Re: Order Granting Provisional Certification Of Settlement Class And
13 Preliminary Approval Of Class Action Settlement Agreement; and
14   WHEREAS, the parties require some additional time to finalize those documents,
15   **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and DISH, by and
16 through the undersigned attorneys for the parties and subject to the Court's approval, that:
17   1.   The parties will work diligently to finalize their settlement agreement and file a Joint
18        Motion Re: Order Granting Provisional Certification Of Settlement Class And
19        Preliminary Approval Of Class Action Settlement by October 3, 2011;
20   2.   The briefing schedule for DISH's Motion to Transfer and Motion to Dismiss shall remain
21        as follows:
22        a.   Plaintiffs' Opposition briefs, if any, to DISH's Motion to Transfer and Motion to
23             Dismiss must be filed on or before October 10, 2011, and
24        b.   Defendant's Reply briefs in support of its Motion to Transfer and Motion to
25             Dismiss must be filed on or before October 31, 2011;
26   3.   The hearing scheduled for September 14, 2011 regarding DISH's Motion to Transfer and
27        Motion to Dismiss, shall remain scheduled for November 16, 2011;
28

1

STIPULATION TO MODIFY BRIEFING SCHEDULE AND EXTEND DEADLINE
CASE NO. 4:11-CV-01457-PJH

4. Each party reserves all rights, arguments and defenses, asserted or unasserted, as of the date of this Stipulation, and no party shall assert that the passage of time between the time that this Stipulation was first contemplated and later signed and the expiration or termination of this Stipulation and [Proposed] Order, if any, but which shall <u>not</u> be deemed to have occurred earlier than January 20, 2012, will be a defense to any motion or basis for argument as part of any motion, opposition, or reply, including as a basis for challenging DISH's Motion to Transfer;

5. All formal discovery as well as any other obligations contemplated under the Federal Rules of Civil Procedure, the Civil Local Rules of this Court, or the Court's Standing Orders, including initial disclosures under Rule 16 and developing a Rule 26(f) Case Management Statement and related Discovery Plan, remain stayed until the earlier of (i) December 5, 2011, or (ii) two weeks before the rescheduled Case Management Conference, whichever is later;

6. On or before November 22, 2011, the parties shall:

   a. Meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, under F.R.C.P. 26(f) & ADR L.R.3-4 (available at http://www.cand.uscourts.gov),

   b. File ADR Certification signed by Parties and Counsel, under Civil L.R. 16-8(b) and ADR L.R. 3-5(b) (available at http://www.cand.uscourts.gov), and

   c. File either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference, Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) (available at http://www.cand.uscourts.gov);

7. On or before December 5, 2011, the parties shall file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Case Management Statement per the Court's Standing Order regarding the Contents of Joint Case Management Statement (available at http://www.cand.uscourts.gov); and

8. The Case Management Conference scheduled for October 13, 2011, shall be rescheduled for December 15, 2011, at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED:  September 12, 2011          **GIRARD GIBBS LLP**

                                    By:   */s/ Eric H. Gibbs*
                                    Eric H. Gibbs
                                    Attorneys for Plaintiffs Nansee Parker and Phong Pham


DATED:  September 12, 2011          **COBLENTZ, PATCH, DUFFY & BASS LLP**

                                    By:   */s/ Zuzana S. Ikels*
                                    Zuzana S. Ikels
                                    Attorneys for Defendant DISH Network LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  9/19/11

                                    _____
                                    The Honorable Phyllis J. Hamilton

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

3

STIPULATION TO MODIFY BRIEFING SCHEDULE AND EXTEND DEADLINE
CASE NO. 4:11-CV-01457-PJH