Eric H. Gibbs (State Bar No. 178658)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Andrew N. Friedman (*pro hac vice*)
**COHEN MILSTEIN SELLERS
 & TOLL PLLC**
1100 New York Ave., NW
West Tower, Suite 500
Washington, D.C.  20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-46995

Richard B. Wentz (State Bar No. 120380)
**THE WENTZ LAW FIRM**
82955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA 91362
Telephone: (805) 374-0060
Facsimile: (888) 855-8124

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANSEE PARKER and PHONG PHAM, on behalf of themselves and those similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>DISH NETWORK LLC,<br><br>                    Defendant. | Case No.  4:11-cv-01457-PJH<br><br>**STIPULATED REQUEST TO (1) EXTEND TIME TO FILE PRELIMINARY APPROVAL PAPERS AND (2) MODIFY THE BRIEFING SCHEDULE FOR DEFENDANT'S PENDING MOTIONS; AND [~~PROPOSE~~D] ORDER** |

1   Pursuant to Civil L.R. 6-2, 7-12 and 16-2(d), the parties jointly seek to extend the time to file
2   preliminary approval papers and modify the briefing schedule set forth in the Court's September 19,
3   2011 order (Docket No. 46) and respectfully request that the Court enter the following stipulation, as set
4   forth below.
5   WHEREAS, on June 7, 2011, the Court granted the parties stipulated request seeking relief from
6   the Court's Order setting an Initial Case Management Conference, requesting an extension of all
7   deadlines, and asking the Court to enter a briefing schedule for DISH's Motion to Transfer Venue,
8   pursuant to 14 U.S.C. section 1404(a) ("Motion to Transfer"), and Motion to Dismiss and Strike,
9   pursuant to Rules 9, 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure ("Motion to Dismiss"),
10  filed on May 20, 2011;
11  WHEREAS, on August 8, 2011, the Court granted the parties stipulated request to modify the
12  briefing schedule so as to allow the parties to finalize and memorialize a written settlement agreement
13  and prepare papers in support of preliminary approval;
14  WHEREAS, on September 19, 2011, the Court granted the parties stipulated request to extend
15  the time to file papers in support of preliminary approval of their settlement agreement;
16  WHEREAS, the parties have made significant progress toward finalizing their settlement
17  agreement and all papers necessary to file for preliminary approval, but require some additional time to
18  finalize those documents;
19  **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and DISH, by and
20  through the undersigned attorneys for the parties and subject to the Court's approval, that:
21      1.   The parties shall work diligently to finalize and file a Joint Motion For Provisional
22           Certification Of Settlement Class And Preliminary Approval Of Class Action Settlement
23           on or before October 17, 2011;
24      2.   The briefing schedule for DISH's Motion to Transfer and Motion to Dismiss shall be
25           altered  as follows:
26           a.   Plaintiffs' Opposition briefs, if any, to DISH's Motion to Transfer and Motion to
27                Dismiss, currently due on or before October 10, 2011, shall be filed on or before
28                October 24, 2011, and

1

STIP. TO EXTEND TIME TO FILE PRELIM. APP. PAPERS AND MODIFY BRIEFING SCHED.
CASE NO. 4:11-CV-01457-PJH

      b.    Defendant's Reply briefs in support of its Motion to Transfer and Motion to Dismiss, currently due on or before October 31, 2011, shall be filed on or before November 2, 2011;

3.    The hearing regarding DISH's Motion to Transfer and Motion to Dismiss shall remain scheduled for November 16, 2011;

4.    As previously stipulated and ordered, on or before November 22, 2011, the parties shall:

    a.    Meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, under F.R.C.P. 26(f) & ADR L.R.3-4,

    b.    File ADR Certification signed by Parties and Counsel, under Civil L.R. 16-8(b) and ADR L.R. 3-5(b), and

    c.    File either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference, Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c);

5.    As previously stipulated and ordered, on or before December 5, 2011, the parties shall file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Case Management Statement per the Court's Standing Order regarding the Contents of Joint Case Management Statement;

6.    The Case Management Conference shall remain scheduled for December 15, 2011, at 2:00 p.m.;

7.    All formal discovery as well as any other obligations contemplated under the Federal Rules of Civil Procedure, the Civil Local Rules of this Court, or the Court's Standing Orders shall remain stayed until the earlier of (i) December 5, 2011, or (ii) two weeks before the Case Management Conference, whichever is later; and

8.    Each party reserves all rights, arguments and defenses, asserted or unasserted, as of the date of this Stipulation, and no party shall assert that the passage of time between the time that this Stipulation was first contemplated and later signed and the expiration or termination of this Stipulation and [Proposed] Order, if any, but which shall <u>not</u> be deemed to have occurred earlier than January 20, 2012, will be a defense to any motion

or basis for argument as part of any motion, opposition, or reply, including as a basis for challenging DISH's Motion to Transfer;

**IT IS SO STIPULATED.**

DATED: October 07, 2011                **GIRARD GIBBS LLP**

By: */s/ Eric H. Gibbs*
Eric H. Gibbs
Attorneys for Plaintiffs Nansee Parker and Phong Pham

DATED: October 07, 2011                **COBLENTZ, PATCH, DUFFY & BASS LLP**

By: */s/ Zuzana S. Ikels*
Zuzana S. Ikels
Attorneys for Defendant DISH Network LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/14/11

The Honorable
United States District

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

3

STIP. TO EXTEND TIME TO FILE PRELIM. APP. PAPERS AND MODIFY BRIEFING SCHED.
CASE NO. 4:11-CV-01457-PJH