Eric H. Gibbs (State Bar No. 178658)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Andrew N. Friedman (*pro hac vice*)
**COHEN MILSTEIN SELLERS**
 **& TOLL PLLC**
1100 New York Ave., NW
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-46995

Richard B. Wentz (State Bar No. 120380)
**THE WENTZ LAW FIRM**
82955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA 91362
Telephone: (805) 374-0060
Facsimile: (888) 855-8124

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANSEE PARKER and PHONG PHAM, on behalf of themselves and those similarly situated,<br><br>       Plaintiffs,<br>v.<br><br>DISH NETWORK LLC,<br><br>       Defendant. | Case No. 4:11-cv-01457-PJH<br><br>**[~~PROPOSED~~] ORDER RE: JOINT STATUS REPORT AND REQUEST TO WITHDRAW PENDING MOTIONS** |

1  Pursuant to the parties' Joint Status Report and Request to Withdraw Pending Motions, it is
2  hereby ordered that:
3  1. Defendant's Motion to Dismiss and Motion to Transfer are withdrawn and the associated
4  briefing schedule vacated;
5  2. The parties shall file a Joint Motion For Provisional Certification Of Settlement Class
6  And Preliminary Approval Of Class Action Settlement no later than October 26, 2011; and
7  3. The Court shall consider the parties' Joint Motion For Provisional Certification Of
8  Settlement Class And Preliminary Approval Of Class Action Settlement on November 16, 2011, at 9:00
9  a.m.
10  4. The Case Management Conference scheduled for December 15, 2011, is vacated.

DATED: 10/25/11   _____

The Honorable Phyllis J. Hamilton
United States District Judge



1
[PROPOSED] ORDER RE: JOINT STATUS REPORT AND REQUEST TO WITHDRAW PENDING MOTIONS
CASE NO. 4:11-CV-01457-PJH