RICHARD R. PATCH (State Bar No. 88049)
ZUZANA S. IKELS (State Bar No. 208671)
KATHLEEN F. McCONNELL (State Bar No. 239479)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email: ef_rrp@cpdb.com, ef_zsi@cpdb.com
        ef_kfm@cpdb.com

Attorneys for Defendant
DISH NETWORK L.L.C.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANSEE PARKER and PHONG PHAM, on behalf of themselves and those similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>DISH NETWORK LLC,<br><br>                    Defendant. | Case No.  4:11-cv-01457-PJH<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE PRELIMINARY APPROVAL PAPERS AND [~~PROPOSED~~] ORDER** |

Pursuant to Civil L.R. 6-2, 7-12 and 16-2(d), the parties jointly seek to extend the time to file preliminary approval papers set forth in the Court's October 25, 2011 Order (Docket No. 50) and respectfully request that the Court enter the following stipulation, as set forth below.

WHEREAS, the parties have requested, and the Court has granted, a series of extensions allowing the parties to finalize and memorialize a written settlement agreement and prepare papers in support of preliminary approval;

WHEREAS, on October 18, 2011, the parties reported that they had agreement on a formal settlement agreement and asked the Court to extend the time to file all settlement papers to October 26, 2011;

WHEREAS, on October 25, 2011, the Court granted the parties' stipulated request;

WHEREAS, the parties need additional time to resolve one remaining issue and therefore request an additional two court days to finalize the settlement papers;

WHEREAS, the parties remain prepared to appear for the preliminary approval hearing on November 16, 2011, as scheduled in the Court's October 25, 2011 Order, or at a later date if preferable to the Court.

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and DISH, by and through the undersigned attorneys for the parties, and subject to the Court's approval, that:

1. The parties shall finalize and file a Joint Motion For Provisional Certification Of Settlement Class And Preliminary Approval Of Class Action Settlement on or before October 28, 2011;

2. The Court shall consider the parties' Joint Motion For Provisional Certification Of Settlement Class And Preliminary Approval Of Class Action Settlement on November 16, 2011, at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED:  October 26, 2011                    **GIRARD GIBBS LLP**


By:___/s/ Amy M. Zeman_____
Amy M. Zeman
Attorneys for Plaintiffs Nansee Parker and Phong Pham

1

1    DATED:  October 26, 2011                **COBLENTZ, PATCH, DUFFY & BASS LLP**

2                                            By:   */s/ Kathleen F. McConnell*
3                                            Kathleen F. McConnell
                                             Attorneys for Defendant DISH Network LLC
4

5

6

7    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9

10   DATED:  ___11/1/11_____

11                                           The Hon_____
                                             Unit_____
12

13                                           IT IS SO ORDERED

14                                           Judge Phyllis J. Hamilton

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND TIME TO FILE PRELIM. APP. PAPERS
CASE NO. 4:11-CV-01457-PJH