UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANSEE PARKER,

    Plaintiff,

    v.

DISH NETWORK,

    Defendant.
_____/

No. C 11-1457 PJH

**NOTICE RE OBJECTIONS TO CLASS SETTLEMENT**

    The hearing on plaintiffs' motion for final approval of the settlement in the above-entitled class action is scheduled for March 21, 2012. The class notice set the deadline for the filing of both requests for exclusion and objections as March 2, 2012. Requests for exclusion were to be mailed to the claims administrator and objections were to be mailed to counsel for each party and to the court.

    The court has received a number of objections, along with one request for exclusion and a number of claim forms, from individuals who appear to be members of the class. It is unclear whether the objections were also mailed to counsel. Accordingly, those objections and other submissions have been scanned and are provided as Attachment A to this notice. The addresses, phone numbers, and email addresses of the individual class members have been redacted as that information does not normally appear on the docket for represented parties.

Dated: March 6, 2012

PHYLLIS J. HAMILTON
United States District Judge