UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANSEE PARKER, et al.,

    Plaintiffs,

    v.

DISH NETWORK,

    Defendant.

_____/

No. C 11-1457 PJH

**SUPPLEMENTAL NOTICE RE OBJECTIONS TO CLASS SETTLEMENT**

    Attached hereto as Attachment A are copies of objections to the proposed settlement, received by the court on March 12, 2012.

**IT IS SO ORDERED.**

Dated: March 15, 2012

PHYLLIS J. HAMILTON
United States District Judge